# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **LUIS ESPINOZA-HERNANDEZ** ) <br> ) <br> Defendant. ) <br> _____) | Case No. 07CR1248-L <br><br> **ORDER AUTHORIZING EXTRAORDINARY INVESTIGATOR FEES** <br> **(18 U.S.C. 3006A(e)(1))** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that extraordinary fees not to exceed $6000, representing forty (40) hours of investigative work, are approved at this time for COMPUTER FORENSICS , with regard to the investigation and defense of the above-entitled matter, thus approving total investigator fees not to exceed $6000.00.

**IT IS SO ORDERED.**

DATED: June 18, 2007

_____
M. James Lorenz
United States District Court Judge